```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 01532
   JAIME CAZARES
   HAYDEE CAZARES                               CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

         Debtor
   SSN XXX-XX-5088    SSN XXX-XX-5015
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 01/18/05 and confirmed on 03/10/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 139425.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIMORTGAGE INC | CURRENT MORTG | 60290.80 | .00 | 60290.80 |
| NATIONAL CITY BANK | SECURED | 48000.00 | .00 | 48000.00 |
| TOYOTA MOTOR CREDIT CORP | SECURED VEHIC | 11500.00 | 772.61 | 11500.00 |
| B FIRST LLC | UNSECURED | 21603.69 | .00 | 4801.67 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 20946.86 | .00 | 4655.68 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 8476.86 | .00 | 1884.08 |
| WACHOVIA BANK | UNSECURED | NOT FILED | .00 | .00 |
| TOYOTA MOTOR CREDIT CORP | UNSECURED | 337.63 | .00 | 75.04 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 119790.80 | .00 | 51365.04 | .00 | 171155.84 |
| PRINCIPAL PAID | 119790.80 | .00 | 11416.47 | .00 | 131207.27 |
| INTEREST PAID | 772.61 | .00 | .00 | .00 | 772.61 |
| TOTAL PAID | 120563.41 | .00 | 11416.47 | .00 | 131979.88 |

The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   2700.00 and was paid $   1000.00  direct and $   1700.00  through the plan.

The Trustee received $   5745.12 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 07/18/08                    /S/

GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE  2
CASE NO. 05 B 01532 JAIME CAZARES & HAYDEE CAZARES